**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**(Atlanta)**

| | |
|---|---|
| EVERLENA RASHEEDA BRUMMAGE,<br>DYLIYAH SHUPIER WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESS RESIDENTIAL<br>BORROWER 19, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br>NO. 26-CV-06748-sdg |

**ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT**

COMES NOW, MATTHEW F. TOTTEN, of THE TOTTEN FIRM, LLC and files this Entry of Appearance as Counsel for the Defendant in the above-captioned civil action. The undersigned respectfully requests that copies of all correspondence, pleadings and notices be sent to said attorneys at the address below.

This 6th day of November, 2026.

Respectfully submitted,

_/s/ MATTHEW F. TOTTEN_______________
MATTHEW F. TOTTEN
Georgia Bar No.798589
*Attorney for Defendant*

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd.
Ste B-136
Atlanta, GA 30338
(404) 692-4342 (Telephone)
mft@tottenfirm.com (E-mail)

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 6th day of November, 2026, served all parties and/or counsel of record the within and foregoing **ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT** by statutory electronic service and/or placing a true and correct copy of the same in the United States Mail, with prepaid first-class postage affixed thereto, properly addressed as follows:

Everlena Rasheeda Brummage
1032 Pinetree Ct
Powder Springs, GA 30127

Dyliyah Shupier White
1032 Pinetree Ct
Powder Springs, GA 30127

Respectfully submitted,

/s/ MATTHEW F. TOTTEN
MATTHEW F. TOTTEN
Georgia Bar No.798589
*Attorney for Defendant*

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd.
Ste B-136
Atlanta, GA 30338
(404) 692-4342 (Telephone)
mft@tottenfirm.com (E-mail)