RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 05 2026

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**PROGRESS RESIDENTIAL BORROWER 19, LLC**

**Plaintiff,**

**Case No.** 1:26-CV-6748

Vs.

Cross Reference to Magistrate Court Case No: 26-E-15307

**EVERLENA R. BRUMMAGE**

**Defendant,**
Intervener pursuant to OCGA 9-11-24

## PETITION FOR REMOVAL OF ACTION

WITH A FEDERAL STAY OF EVICTION PURSUANT TO
28 USCA 1446 (D)

The petitioner respectfully petitions this court for removal of action.

COMES NOW Everlena R. Brummage and all others, petitioner as above stated and petitions this court for removal of action from the Magistrate Court of Cobb County. This petition is set forth on the following grounds;

1.

The Respondent did violate 15 USC 1692, Rule 60 of the federal Rule of Civil Procedure: and having a legal duty to abort eviction pursuant to O.C.G.A. 51-1-6.

2.

The Magistrate Court of Cobb County Dispossessory action is in violation of 14th Amendment of the U.S. Constitution with respect to Due Process of law.

3.

The Magistrate Court of Cobb County Dispossessory is Unconstitutional with respect to the "Due Process Clauses" 14th Amendment.

.

WHEREFORE the Petitioner demands the following relief

1. This honorable Court remove this case from the Magistrate Court of Cobb County.
2. This honorable Court afford adequate discovery.
3. This honorable Court relief this Court deems just and proper.

**VERIFICATION**
**(Affidavit)**

The undersigned Affiant Defendant whose name is Everlena Brummage by appellation does here with swear, declare and affirm that the Affiant

executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that I **do not** have an attorney to represent me in this case. Also that the contents are true, correct and not misleading to the best of my knowledge.

EBrummage

Petitioner
Everlena Brummage
Pro se

This is the 5th of November 2026