Electronically Filed
2026-10-07 17:16:13
26-E-15307

**SUMMONS**

**TO: THE MARSHAL of the Magistrate Court of Cobb County or his lawful deputies and to the Sheriff of Cobb County or his lawful deputies.**

**GREETING: The defendant(s) herein is/are commanded and required personally (or by attorney) to appear at the Magistrate Court of Cobb County, 32 Waddell Street, Marietta, Georgia, between the hours of 8:00 a.m and 5:00 p.m, on or before the SEVENTH day (or on the first business day thereafter if the seventh day falls on a Saturday, Sunday, or legal holiday) from the date of service of the within affidavit and summons to answer the affidavit in writing or orally. If the answer is NOT made, a Writ of Possession and/or judgment shall issue instanter.**

**WITNESS the Honorable Judges of this Court.**
**The affidavit was sworn and subscribed before the undersigned Deputy Clerk by the Affiant as provided by the Official Code of Georgia Annotated §44-7-50 and summons issued pursuant thereto.**

SHARON PEARSON
______________________________
DEPUTY CLERK MAGISTRATE COURT OF COBB COUNTY

**PLEASE NOTE:**
**To answer to this filing online, go to https://efile.cobbcounty.gov**

**AFFIDAVIT OF SERVICE**

**I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of the same:**
[ ] Personally ______________________
[ ] To a person sui juris residing on the premises (Name) ______________________
Age______ Wt________ Ht________
[ ] Served ______________________ a corporation by leaving a copy of the within action and summons with ______________________ in charge of the office and place of doing business of said Corporation in this County.
[ ] Defendant not found in the jurisdiction of this Court. Reason:
[✓] By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed with adequate postage thereon, said copy containing notice ot the Defendant(s) to answer at the place stated in said summons

**Date of Service** 10/10/2026 **Defendant to answer on or before** 10/19/2026

______________________
[redacted]
Process Server **Francisco Murrieta**

**WRIT OF POSSESSION**

**TO THE MARSHAL OF THE MAGISTRATE COURT OF COBB COUNTY OR HIS LAWFUL DEPUTIES AND TO THE SHERIFF OF SAID COUNTY OR HIS LAWFUL DEPUTIES: You are hereby commanded to remove said defendant, together with his/her property thereon, from said house or premises and to deliver full and quiet possession of same to plaintiff herein.**

This ____ day of ______________________, 20___ Tenant Eviction Date ______________________, 20___

______________________ ______________________
JUDGE, MAGISTRATE COURT OF COBB COUNTY Deputy Marshal/Deputy Sheriff

Effective ______________________, 20___

**IN THE MAGISTRATE COURT OF COBB COUNTY**
**DISPOSSESSORY PROCEEDING**

Case No.26-E-15307

PROGRESS RESIDENTIAL BORROWER 19, LLC
P.O. BOX 451027
ATLANTA, GA 31145
833-774-7377

Plaintiff Name, Address and Phone

EVERLENA RASHEEDA BRUMMAGE
1032 PINETREE CT
POWDER SPRINGS, GA 30127

DYLIYAH SHUPIER WHITE
1032 PINETREE CT
POWDER SPRINGS, GA 30127

AND ALL OTHER OCCUPANTS
1032 PINETREE CT
POWDER SPRINGS, GA 30127

Defendant Name, Address and Phone

1. Defendant is in possession as tenant of premises at the address in Cobb County as stated above.
2. Affiant is the [] Owner, [] Attorney, [X] Agent, [] Lessee of the owner of said premises.
3. Tenant failed to pay the rent when it is due.
4. Plaintiff is entitled to recover any and all rent that may come due until this action is finally concluded.
5. Plaintiff desires and has demanded possession of premises.
6. Defendant has failed and refused to deliver possession of premises.

WHEREFORE, Plaintiff DEMANDS

a) Possession of Premises
b) Past due rent of $3,675.00
c) Rent accruing up to date of judgment or vacancy at the rate of $1,900.00 per Month
d) Court costs accrued will be automatically added to judgment
e) Other: $300.00 Late Fees + $169.27 Other Fees + $1,443.62 Utilities

Efiled 7th day of October, 2026

K. W.
PO BOX 451027
ATLANTA GA, 31145
(770) 491-0522
*Affiant/Attorney Name, Address and Phone*

...