UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| PROGRESS RESIDENTIAL BORROWER 19, LLC<br>*versus*<br>EVERLENA RASHEEDA BRUMMAGE, DYLIYAH SHUPIER WHITE, and ALL OTHER OCCUPANTS | Civil Action Number<br>1:26-cv-6748-SDG-LRS |

## ORDER FOR SERVICE OF REPORT AND RECOMMENDATION

A Report and Recommendation has been filed with this Order, under 28 USC § 636(b)(1), FED. R. CIV. P. 72(b), NDGa. Local Rule 72.1(B) and (D), and Standing Order 18-01 (N.D. Ga. Feb. 12, 2018). The Clerk is **DIRECTED** to serve upon counsel for the parties and directly upon any unrepresented parties a copy of the Report and Recommendation and a copy of this Order.

Under 28 USC § 636(b)(1), each party may file written objections to the Report and Recommendation within **FOURTEEN CALENDAR DAYS** of service of this Order. Should a party file objections, they shall specify the specific errors the party alleges were made in the Report and Recommendation and shall include references by page number to any

transcripts that support the objections. Parties are responsible for serving their objections on the opposing party. Objections are limited to 25 pages, unless approval for a longer filing is granted by the Court in advance. *See* LR 72.1(E), NDGa. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. **If no objections are filed, the Report and Recommendation may be adopted as the opinion and order of the District Court, and on appeal the Court of Appeals will deem waived any challenge to factual and legal findings that the party did not object to in the District Court**, subject to interests-of-justice plain error review. *Harrigan v. Metro Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020); 11th Cir. R. 3-1 ("A party failing to object to a magistrate judge's findings or recommendations . . . waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object.").

The Clerk is **DIRECTED** to submit the Report and Recommendation with objections, if any, to the District Court after expiration of the above time period.

**SO ORDERED AND DIRECTED**, November 12, 2026.

Lawrence R. Sommerfeld

LAWRENCE R. SOMMERFELD
UNITED STATES MAGISTRATE JUDGE