FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 25 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**PROGRESS RESIDENTIAL
BORROWER 19, LLC**

**Plaintiff,**

**CASE # 1:26-CV-6748-SDG-LRS**

**Vs.**

**EVERLENA RASHEEDA BRUMMAGE
DYLIYAH SHUPIER WHITE
And all others**

**Defendant,**

**OBJECTION AND RESPONSE
ANSWER TO REPORT AND RECOMMENDATION
TO OBJECT PLAINTIFF AND COURT DISMISSAL**

**COMES NOW Everlena Rasheeda Brummage and Dyliyah Shupier Whitethis motion is based upon the allegations contained in Plaintiff' Dismissal pursuant to O.C.G.A. § 9-11-12(b). The supporting Brief filed with this Motion, and all other pleadings of record. WHEREFORE, "Brummage" respectfully requests that the court grant this Motion, dismiss the Plaintiff' Motion to Dismiss with prejudice, and if the court can tax the Plaintiff with all costs of this action.
Defendant "Brummage" who proceeded as *pro se,* removed a dispossessory action from the Magistrate Court.**

**In response to the Plaintiff Motion entitled "PARTIES" states that the allegations set forth in the paragraphs below which has a response that was required by the district court of the Northern District of Georgia Atlanta Division.**

**The defendant's "Brummage" reserves the rely upon the following affirmative defense to the Objective and Respond that is below in the last couple of paragraphs. The information that will be gathered will come from Defendant in a discovery in this manner. We are asking that this court will continue this case and not have it dismissed.**

**This is a *pro se* petition in which Defendant's allege claims arising out of the wrongful eviction. It is before this Court on the Report and Recommendation ("R&R") of**

**Magistrate Judge [Doc.6] that Plaintiff Progress Residential Borrower 19, LLC, to Dismiss [Doc.4] be granted and that Plaintiff Response be dismissed with prejudice. The Order for service of the R&R provided notice that, in accordance with 28 U.S.C. § 636(b) (1), Defendant "Brummage" was authorized to file objections within fourteen days of the receipt of that Order.**

**On or within the time for filing objections, Defendant's "Brummage" filed a pleading entitled "PETITION OF REMOVAL with a Federal Stay Of Eviction", which this Court will consider as Plaintiff objections to the R&R. In reviewing a Magistrate Judge's R&R, the district court "Shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objections is made. "28 U.S.C. § 636 (b)(1). Parties filing objections to a Magistrate's report and recommendation must specifically filing objected to. Frivolous, conclusive , or general objections need not be considered by the district courts. "United States v. Schultz, 565 F. 3d. 1353, 1361 (11th Cir. 2009) (quoting Marsden v. Moore, 847 F. 2d 1536, 1548 (11th Cir. 1988). If there are no specific objections to factual findings made by the Magistrate Judge, there is no requirement that those findings be reviewed de novo. Absent objection, the district court judge may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge, "28 U.S.C. and "need only satisfy itself that there is no clear error on the face of the record" in order to accept the recommendation.**

**The Plaintiff , fails to make objections to the factual findings made by the Mag. Judge but rather, contains sections entitled "Judicial Notice," "Jurisdiction," "Fraud," and "Non Truth Facts". The Plaintiff fail to state a claim based upon alleged violations of the Fair Debt Collection Practices Act, the Real Estate Settlement Procedure Act, or Georgia Law.**

**I, the defendant known as "Everlena Rasheeda Brummage and Dyliyah Shupier White" ask that this case that the Plaintiff filed be dismissed with Prejudice because of false files that were filed against the Defendant.**

______________________________

**Everlena Rasheeda Brummage**
**(Pro Se)**

**This is the 24th day of November 2026**